IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEBORAH SOSSEN                              :
                                           :
        v.                                 :    CIVIL NO. CCB-00-1796
                                           :
RALPH SOLBERG                              :
                        ...o0o...

## AMENDED SCHEDULING ORDER

| | |
|---|---|
| Document Discovery deadline | **July 9, 2001** |
| Fact Witness deposition deadline | **September 9, 2001** |
| Expert Witness deposition deadline | **November 9, 2001** |
| Status Report due | **November 9, 2001** |
| Requests for Admission | **November 16, 2001** |
| Dispositive Motions due | **December 9, 2001** |
| Pretrial Conference (in chambers, counsel only) | **January 7, 2002 4:30 p.m.** |
| Trial (4-5 day, jury) | **January 28, 2002 10:00 a.m.** |

4/12/01
_____
/ Date

_____
Catherine C. Blake
United States District Judge