IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEBORAH SOSSEN | * | |
| Plaintiff | * | |
| v. | * | |
| RALPH SOLBERG | * | |
| Defendant | * | Case No: **CCB-00-1796** |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pursuant to the telephone status conference that was held on July 10, 2001, it is this 18 day of July, 2001 hereby

ORDERED that Plaintiff is required to have on file with the Court a current address and telephone number at which she can be reached at all times during the course of this litigation; and it is further

ORDERED that Plaintiff shall appear for an Independent Medical Examination with David Buchholz, M.D. on Tuesday, July 24, 2001 at 12:30 p.m. at his offices located at 10753 Falls Road, Suite 315, Lutherville, Maryland 21093; and it is further

ORDERED that Plaintiff shall be solely responsible for the late cancellation fee assessed by Dr. Buchholz in the event that she fails to appear for the Independent Medical Examination or notify Dr. Buchholz at least forty-eight (48) business hours in advance of the appointment; and it is further



ORDERED that the Scheduling Order is amended as indicated and the following dates and deadlines are now applicable:

| | |
|---|---|
| Plaintiff's 26(b)(4) reports | 8/10/01 |
| Deadline for confirmation of as to whether Dr. Mayle will appear as an expert for Plaintiff | 8/27/01 |
| Deadline for depositions of Plaintiff's experts (Plaintiff to provide confirmed dated for Dr. Mayle) | 9/11/01 |
| Defendant's Rule 26(b)(4) reports | 10/30/01 |
| Deadline for depositions of Defendant's experts | 11/30/01 |
| Plaintiff's rebuttal 26(b)(4) reports | 11/30/01 |
| <u>Discovery deadline:</u><br><u>Submission of status report</u> | 12/30/01 |

and it is further

ORDERED that the failure to strictly abide by the provisions of this Order and the dates and deadlines established herein may result in dismissal of this action.

7-18-01
Date

_____
The Honorable Catherine C. Blake
United States District Court Judge